IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02103-RBJ-BNB

UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF NATURAL RESOURCES REVENUE,

Plaintiff,

v.

STATOIL USA E&P, INC.,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a status conference.  At the status conference, the plaintiff requested that I set a briefing schedule for the determination of the Petition to Enforce Administrative Subpoena [Doc. # 1] (the "Petition").  The defendant opposed that request, indicating that it intends to file a motion to dismiss the Petition based on a lack of personal jurisdiction.  The defendant believes that its anticipated motion to dismiss must be determined before the defendant is required to respond on the merits to the Petition.

Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1) The defendant shall respond to the Petition to Enforce Administrative Subpoena [Doc. # 1] (the "Petition") on or before October 19, 2012; and

(2)     The plaintiff, at its election and if there is supporting authority, may file a motion seeking an order requiring briefing on the merits of the Petition prior to the determination of the defendant's anticipated motion to dismiss.

Dated August 28, 2012.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge